# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAYSHAWN McGRUDER, ) | Case No. CV 20-3467-CJC (JPR) |
| Plaintiff, ) | |
| v. ) | **J U D G M E N T** |
| SHERIFF ALEX VILLANUEVA, ) | |
| Defendant. ) | |

Pursuant to the Order Dismissing Actions with Prejudice for Failure to Prosecute, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 14, 2020

CORMAC J. CARNEY
U.S. DISTRICT JUDGE